```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MATTHEW M. SCOBLE, SBN# 237432
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  KENNETH WADE SANDSTROM
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-cr-00404-WBS |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION EXTENDING SELF-SURRENDER DATE FROM MAY 24, 2012 UNTIL JUNE 7, 2012 [PROPOSED] ORDER |
| KENNETH WADE SANDSTROM, | |
| Defendant. | ) |
| | ) Judge: Hon. Williams B. Shubb |

Defendant, KENNETH WADE SANDSTROM, through Matthew M. Scoble, Assistant Federal Defender, and Kyle Reardon, Assistant U.S. Attorney, hereby requests a two-week extension of his self-surrender date from May 24, 2012 to June 7, 2012 at 2:00 p.m.

On April 9, 2012, this Court sentenced Mr. Sandstrom to the custody of the Bureau of Prisons for a term of 36 months, and ordered him to self-surrender on May 24, 2012 by 2:00 p.m. This Court recommended the defendant participate in the 500-hour Bureau of Prisons Substance Abuse Treatment Program.

As of Monday, May 21, 2012, undersigned counsel has received no notice from the Bureau of Prisons regarding Mr. Sandstorm's designation. Counsel has been in recent contact with the US Marshals

1  service.  The US Marshals service has also received no notice from
2  Bureau of Prisons.
3      Assistant U.S. Attorney, Kyle Reardon, stipulates that Mr.
4  Sandstrom's self-surrender date should be extended to allow BOP
5  sufficient time for appropriate designation.
6      Mr. Sandstrom is not supervised by Pre-Trial Services.
7      Based on the foregoing, the parties stipulate and request that
8  this Court vacate the self-surrender date of May 24, 2012, and enter an
9  Order extending the self-surrender date two weeks to June 7, 2012 at
10 2:00 p.m.

Dated: May 21, 2012                Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender


                                   s/ Matthew M. Scoble
                                   MATTHEW M. SCOBLE
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   KENNETH WADE SANDSTROM


Dated: May 21, 2012                BENJAMIN B. WAGNER
                                   United States Attorney


                                   /s/ Matthew Scoble
                                   KYLE REARDON
                                   Assistant U.S. Attorney

**O R D E R**

The self-surrender date of May 24, 2012 is vacated. Defendant, Kenneth Wade Sandstrom, shall surrender to the facility designated by the Bureau of Prisons or to the United States Marshal Service on June 7, 2012 by 2:00 p.m.

Dated: May 21, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-3-